**FOURTEENTH COURT OF APPEALS**
**301 Fannin, Room 245**
**Houston, Texas 77002**

To: Chris Daniel                                                     **May 12, 2015**
County:  Harris (Criminal)

**Subject:  RETURN OF ORIGINAL EXHIBITS**

**Please acknowledge the receipt of the original exhibits listed below. Please sign and return the original to this court.**

| 14-14-00933-CR | Brian Buzby v The State of Texas | 1895414 |
|---|---|---|
| | State's Exhibit 4, a DVD | |
| | State's Exhibit 6, a DVD | |
| | | |

Received by: _____

Received on: _____